UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PANTON, | |
| Plaintiff, | |
| -against- | 25-CV-0402 (DEH) |
| | ORDER OF SERVICE |
| URBAN HOME OWNERSHIP CORPORATION; PAUL MOORE, | |
| Defendants. | |

DALE E. HO, United States District Judge:

Plaintiff, who is proceeding *pro se*, brings this action alleging that his employer

discriminated against him because of his religion. The Court construes the complaint as asserting

claims under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to

2000e-17, the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297, and the New

York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 to 131. By order dated January 17,

2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without

prepayment of fees.

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the

Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6

(2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to

serve if the plaintiff is authorized to proceed IFP)).

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for each Defendant, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:    February 3, 2025
          New York, New York

_____
          DALE E. HO
    United States District Judge

2

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.      Urban Home Ownership Corporation
        494 Eighth Avenue, 19th Floor
        New York, NY 10001

2.      Paul Moore
        Urban Home Ownership Corporation
        494 Eighth Avenue, 19th Floor
        New York, NY 10001