UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Panton,

                Plaintiff,

-against-

Urban Home Ownership Corporation, et al.,

                Defendants.

1:25-cv-00402 (DEH) (SDA)

ORDER SCHEDULING
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on Monday, August 25, 2025, at 2:00 p.m. to address the letters filed at ECF Nos. 40 and 41. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

SO ORDERED.

Dated:    New York, New York
            August 18, 2025

_____
STEWART D. AARON
United States Magistrate Judge