**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Robert Panton,<br><br>                    **Plaintiff,**<br><br>          **-against-**<br><br>**Urban Home Ownership Corporation, et al.,**<br><br>                    **Defendants.** | **1:25-cv-00402 (DEH) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during today's telephone conference, it is hereby

ORDERED, as follows:

1.      The Court confirms the schedule set forth in the Case Management Plan. (*See* ECF

No. 39.)

2.      No later than August 29, 2025, Plaintiff shall file a letter to the ECF docket updating

his address and telephone number.

**SO ORDERED.**

Dated:      New York, New York
            August 25, 2025

_____
STEWART D. AARON
United States Magistrate Judge